OCTOBER 19, 1944

No. 49770.—SUIT 4439.——*Pacific Vegetable Oil Co.* v. *United States.* C. D. 725 affirmed·April 27, 1944 (32 C. C. P. A. 68, C. A. D. 287).

BEFORE THE FIRST DIVISION, OCTOBER 25, 1944

No. 49771.—Protest 4023–K of Wing Woh Chong Hing Kee Co. (New York).

Opinion by COLE, J. The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the ve-tsin, found to contain salt, was excluded from paragraph 5 and protest sustained to this extent.

No. 49772.—Protest 58928–K of Hing Wah Tai & Co. (San Francisco).

Opinion by COLE, J. The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the ve-tsin, found to contain salt, was excluded from paragraph 5 and protest sustained to this extent.

No. 49773.—Protests 82168–K, etc., of Hung Chong & Co. et al. (San Francisco).

Opinion by COLE, J. The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of· counsel and on the authority of said cited case the ve-tsin, found to contain salt, was excluded from paragraph 5 and protests sustained to this extent.

No. 49774.—Protest 82704–K of Wo Kee & Co. (San Francisco).

Opinion by COLE, J. The merchandise was classified and claimed dutiable at the

same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the ve-tsin, found to contain salt, was excluded from paragraph 5 and protest sustained to this extent.

**No. 49775.**—Protest 90829–K of Chong Sing Co. (San Francisco).

Opinion by COLE, J. The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the ve-tsin found to contain salt, was excluded from paragraph 5 and protest sustained to this extent.

**No. 49776.**—Protests 532647–G, etc., of Wo Kee & Co. (San Francisco).

Opinion by COLE, J. The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the ve-tsin, found to contain salt, was excluded from paragraph 5 and protests sustained to this extent.

**No. 49777.**—Protests 965526–G, etc., of Chong Kee Jan & Co. et al. (San Francisco).

Opinion by COLE, J. The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the ve-tsin, found to contain salt, was excluded from paragraph 5, and protests sustained to this extent.

**No. 49778.**—Protests 974454–G, etc., of Chong Kee Jan & Co. et al. (San Francisco).

Opinion by COLE, J. The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the ve-tsin, found to contain salt, was excluded from paragraph 5 and protests sustained to this extent.